McGOWAN *v.* STATE.

(In Banc.   May 22, 1944.)

[18 So. (2d) 135.   No. 35614.]

No counsel for appellee.

**Alexander, J.,** delivered the opinion of the court.

Appellant was convicted of murder and a death sentence imposed.   There is no assignment of errors or briefs filed, but we have carefully examined the record and find therein no errors.   Testimony of defendant corroborated that for the state and shows a willful and unjustifiable homicide.

Affirmed and Friday, July 7, 1944, set as date for execution.

Affirmed.